IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN THOMPSON,** | : | CIVIL ACTION NO. 1:13-CV-2885 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **JAMES M. ARMBRUSTER and BOROUGH OF PENBROOK,** | : | |
| Defendants | : | |

## ORDER AND JUDGMENT

AND NOW, this 26th day of February, 2015, upon consideration of defendants' motion (Doc. 31) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 31) is GRANTED.

2. Judgment is ENTERED in favor of defendants and against plaintiff.

3. The Clerk of Court is directed to CLOSE this case.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania